# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA ALLEN MORGAN,<br><br>Defendant. | CR 11-90-BLG-SPW<br><br><br>ORDER |

Pending before the Court is the Defendant's Unopposed Motion to Continue Revocation Hearing (Doc. 78) for the reason Defendant has another case, CR-23-137-BLG-SPW, pending with this Court. In order for the revocation hearing to coincide with Mr. Morgan's case, CR-23-137-BLG-SPW, and for good cause shown,

**IT IS HEREBY ORDERED** that the revocation hearing currently set for Thursday, January 4, 2024, at 1:30 p.m., is **VACATED.**

1

**IT IS FURTHER ORDERED** that the revocation proceedings are **STAYED** until the resolution of CR 23-137-BLG-SPW, at which time the revocation hearing will be rescheduled.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 19th day of December, 2023.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Judge